Joseph R. Ganley (5643)
Christopher J. Lalli (5398)
Shelby A. Dahl (13856)
**HUTCHISON & STEFFEN, PLLC**
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone:      (702) 385-2500
Facsimile:      (702) 385-2086
jganley@hutchlegal.com
clalli@hutchlegal.com
sdahl@hutchlegal.com

*Attorneys for Plaintiff Michael Thomson*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |
|---|---|
| MICHAEL THOMSON, | Case No.: 2:25-cv-02459 |
| Plaintiff, | |
| v. | **CERTIFICATE OF INTERESTED PARTIES** |
| ARIA RESORT & CASINO, LLC and MGM RESORTS INTERNATIONAL, | |
| Defendants. | |

Pursuant to Local Rule 7.1-1, the undersigned counsel of record for Plaintiff lMichael Thomson certifies that, to the best of the knowledge of the undersigned, there are no known interested parties with a direct, pecuniary interest in the outcome of this case other than those identified in the caption of the case. These representations are made to enable the Court to evaluate possible disqualification or recusal. Should an additional party or parties become known to have a direct, pecuniary interest in the outcome of this case, prompt notification to the Court will follow.

/ / /

/ / /

/ / /

/ / /

1          Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel also disclose that

2    Plaintiff Michael Thomson is a citizen of Puerto Rico.

3          DATED this 11th of December, 2025.

4

5                                                     **HUTCHISON & STEFFEN, PLLC**

6                                                     */s/ Shelby A. Dahl*

7                                                     _____

8                                                     Joseph R. Ganley (5643)
                                                      Christopher J. Lalli (5398)
                                                      Shelby A. Dahl (13856)

9                                                     *Attorneys for Plaintiff Michael Thomson*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28