Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@semenzarickard.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:  (702) 835-6803
Facsimile:   (702) 920-8669
*Attorneys for Defendants Aria Resort & Casino, LLC
& MGM Resorts International*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL THOMSON,<br><br>Plaintiff,<br><br>v.<br><br>ARIA RESORT & CASINO, LLC; MGM RESORTS INTERNATIONAL,<br><br>Defendants. | Case No.   2:25-cv-02459-ART-BNW<br><br>**CORPORATE DISCLOSURE STATEMENT** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendants Aria Resort & Casino, LLC and MGM Resorts International, certifies that the following may have a direct, pecuniary interest in the outcome of this case:

Aria Resort & Casino, LLC is a Nevada limited liability company and a wholly owned subsidiary of MGM Resorts International.

MGM Resorts International is organized in the State of Delaware. MGM Resorts International has no parent company, and no publicly held corporation owns 10% or more of its stock.

There are no known other interested parties other than those participating in this case.

1

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

DATED this 6th day of February 2026.

                                           SEMENZA RICKARD LAW

                                           */s/ Lawrence J. Semenza, III*
                                           Lawrence J. Semenza, III, Esq., Bar No. 7174
                                           Katie L. Cannata, Esq., Bar No. 14848
                                           10161 Park Run Drive, Suite 150
                                           Las Vegas, Nevada 89145

                                           *Attorneys for Defendants Aria Resort & Casino, LLC and MGM Resorts International*

**CERTIFICATE OF SERVICE**

I am employed by the law firm of Semenza Rickard Law in Clark County, Nevada. I am over the age of 18 and not a party to this action. The business address is 10161 Park Run Drive, Suite 150, Las Vegas, Nevada 89145.

I hereby certify that on the 6th day of February 2026, I served the document(s), described as:

**CORPORATE DISCLOSURE STATEMENT**

☒   by sending   ☐ an original   ☒ a true copy

☒   a.   via **CM/ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

**HUTCHISON & STEFFEN, PLLC**
Shelby A Dahl, Esq., sdahl@hutchlegal.com
Joseph R Ganley, Esq., jganley@hutchlegal.com
Cristopher J. Lalli, Esq., clalli@hutchlegal.com
*Attorneys for Plaintiff Michael Thomson*

☐   b.   **BY U.S. MAIL.** I deposited such envelope in the mail at Las Vegas, Nevada. The envelope(s) were mailed with postage thereon fully prepaid. I am readily familiar with Semenza Rickard Law's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

☐   c.   **BY PERSONAL SERVICE.**

☐   d.   **BY DIRECT EMAIL.**

☐   e.   **BY FACSIMILE TRANSMISSION.**

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Olivia A. Kelly*
An Employee of Semenza Rickard Law