Joseph R. Ganley (5643)
Christopher J. Lalli (5398)
Shelby A. Dahl (13856)
**HUTCHISON & STEFFEN, PLLC**
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada  89145
Telephone:     (702) 385-2500
Facsimile:      (702) 385-2086
jganley@hutchlegal.com
clalli@hutchlegal.com
sdahl@hutchlegal.com

*Attorneys for Plaintiff Michael Thomson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL THOMSON,<br><br>      Plaintiff,<br><br>v.<br><br>ARIA RESORT & CASINO, LLC and MGM RESORTS INTERNATIONAL,<br><br>      Defendants. | Case No.:  2:25-cv-02459-ART-BNW<br><br>**PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SPECIAL SCHEDULING REVIEW REQUESTED** |

Pursuant to FRCP 26(f) and LR 26-1(a), a meeting was held on March 5, 2026, and was attended telephonically by Shelby A. Dahl, Esq. and Chriopher J. Lalli, Esq. for plaintiff and Katie L. Cannata, Esq. for defendants.  The parties submit their Proposed Discovery Plan and Scheduling Order with a request for Special Scheduling Review pursuant to Local Rule 26-1(a).[1]

---

[1] On March 6, 2026, Defendants filed a Motion to Stay Discovery Pending the Adjudication of their Motion to Dismiss [ECF No. 7] Plaintiff's Complaint [ECF No. 1] (the "Motion to Stay"). (ECF No. 11.) As set forth in their Motion to Stay, Defendants believe that discovery should not commence in this matter until the Motion to Dismiss is adjudicated.  However, to ensure compliance with FRCP 26(f) and LR 26-1(a), Defendants join in the instant Proposed Discovery Plan and Scheduling Order ("Proposed Discovery Plan").  Defendants' participation in an FRCP 26(f) conference, or joint submission of the instant Proposed Discovery Plan, shall not serve as a waiver of any of Defendants' arguments in support of a stay of discovery in this matter, all of which are hereby expressly reserved.

**1.  Proposed Discovery Plan**

Defendants filed a motion to dismiss on January 27, 2026, making July 27, 2026 the 180th day after the motion was filed.

The parties are requesting special scheduling review pursuant to LR 26-1 because this matter involves claims relating to alleged contracts, negligence, unfair trade practices, and malicious prosecution which may require numerous depositions of the individual parties and the FRCP 30(b)(6) representatives from multiple entities, some of whom may be located out of state.  In addition, defendants have yet to file an answer due to a pending motion to dismiss, which has been fully briefed. (ECF No. 7.) The ruling on the motion and/or the defendants' answer may alter the scope of the case.

The parties propose an additional 180 days beyond the 180 days allowed by LR 26-2, which should provide the parties a fair opportunity to perform discovery on the claims and defenses in this case.  Accordingly, the parties agree that discovery must be commenced and completed no later than January 29, 2027.  The proposed schedule is as follows:

| Deadline | Date |
| --- | --- |
| Initial disclosures[2] | April 2, 2026 |
| Motion to amend and/or add parties | October 27, 2026 |
| Initial experts | November 30, 2026 |
| Rebuttal experts | December 30, 2026 |
| Discovery cutoff | January 29, 2027 |
| Dispositive motions | March 1, 2027 |
| Joint proposed pretrial order | April 1, 2027, or 30 days after resolution of dispositive motions |

---

[2] In light of Defendants' pending request for a stay of discovery in this matter, they do not believe that service of initial disclosures would be appropriate until the Motion to Stay – as well as their Motion to Dismiss – are adjudicated.

**2. Additional Matters Discussed**

     **A.**     Subject of Discovery.  Discovery will be needed on all of the claims and defenses and all matters within the scope of Rule 26 of the Federal Rules of Civil Procedure.  The parties agree that discovery does not need to be conducted in phases or be limited to or focused on particular issues.

     **B.**     Alternative Dispute Resolution and Case Disposition.  The parties discussed arbitration, mediation, trial by a magistrate judge, the possibility of alternative dispute resolutions, and the Short Trial Program, jointly declining to utilize these programs at this time.

     **C.**     Electronic Evidence.  The parties agree that an ESI protocol is appropriate and will work together to stipulate to a protocol for the Court's approval.

     **D.**     Claims of privilege or protection of materials.  The parties agree that a protective order is appropriate and will work together to stipulate to an order for the Court's approval.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page **3** of **4**

**E.**    Issues about preserving discoverable information.  The parties do not see any current issues with preserving discoverable information.

DATED this 11th of March, 2026.

HUTCHISON & STEFFEN, PLLC

*/s/ Shelby A. Dahl*
Joseph R. Ganley (5643)
Christopher J. Lalli (5398)
Shelby A. Dahl (13856)

*Attorneys for Plaintiff Michael Thomson*

DATED this 11th of March, 2026.

SEMENZA RICKARD LAW

*/s/ Katie L. Cannata*
Lawrence J. Semenza, III, Esq., Bar No. 7174
Katie L. Cannata, Esq., Bar No. 14848

*Attorneys for Defendants Aria Resort & Casino, LLC & MGM Resorts International*

## ORDER

IT IS SO ORDERED that the discovery plan and schedule of this case is as follows:

| Deadline | Date |
| --- | --- |
| Initial disclosures | April 2, 2026 |
| Motion to amend and/or add parties | October 27, 2026 |
| Initial experts | November 30, 2026 |
| Rebuttal experts | December 30, 2026 |
| Discovery cutoff | January 29, 2027 |
| Dispositive motions | March 1, 2027 |
| Joint proposed pretrial order | April 1, 2027, or 30 days after resolution of dispositive motions |

DATED this 12th day of  March        , 2026.

_____
UNITED STATES MAGISTRATE JUDGE